## Certificate Of Service

I HEREBY CERTIFY that a true and correct copy of this 2254 Federal Habeas Corpus Application has been mailed postage prepaid on this 27TH day of JANUARY, to the Georgia Attorney General Christopher M. Carr, Department of Law, 40 Capitol Sq. S.W., Atlanta, GA 30334-1300

_____
PRO SE REPRESENTATION
Washington State Prison
P.O. Box 206
Davisboro, GA